David M. Stein (Cal. Bar No. 198256)
  *dstein@ggtriallaw.com*
Joshua M. Robbins (Cal. Bar No. 270553)
  *jrobbins@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Phone: 949.383.2800
Fax:   949.383.2801

Attorneys for Petitioner
EN POINTE TECHNOLOGIES SALES, LLC,
f/k/a PCM SALES ACQUISITION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EN POINTE TECHNOLOGIES SALES, LLC, a Delaware limited liability company, f/k/a PCM SALES ACQUISITION, LLC,<br><br>Petitioner,<br><br>v.<br><br>OVEX TECHNOLOGIES (PRIVATE) LIMITED,<br><br>Respondent. | Case No.: 2:18-cv-03235-PSG-SK<br><br>[PROPOSED] **JUDGMENT CONFIRMING ARBITRATION AWARD**<br><br>Courtroom: 880<br>Judge: Hon. Philip S. Gutierrez |

1    Petitioner En Pointe Technologies Sales, LLC ("En Pointe") has filed a Petition to Confirm an Arbitral Award against Ovex Technologies (Private) Limited ("Ovex").

On April 20 and April 23, 2018, in accordance with Rule 4 of the Federal Rules of Civil Procedure and the relevant provisions of the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, En Pointe served Ovex with the Summons and Petition in this matter, as well as the other documents required to be served, by, among other means, mailing the materials via Federal Express to Ovex's chief executive officer and to its director and shareholder. Ovex has failed to respond or otherwise defend the action. Thus, under Rule 55, default must be entered against Ovex.

GOOD CAUSE HAVING BEEN SHOWN, the Court grants the Petition in its entirety.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is hereby entered in favor of En Pointe and against Ovex, on all claims contained in the Petition, as follows:

(a) the Partial Final Award entered in favor of En Pointe and against Ovex on March 9, 2018 in JAMS Arbitration No. 1425023939 is confirmed, recognized, and enforced against Ovex;

///

///

///

(b) judgment is entered against Ovex in an amount equal to the full amount of the Partial Final Award ($990,586.00); plus any additional amounts to be ordered by the arbitrator in that arbitration, including attorney's fees; plus post-judgment interest, pursuant to 28 U.S.C. § 1961, accruing thereafter through the date of payment; plus the costs of this proceeding; plus En Pointe's attorneys' fees associated with this proceeding.

**IT IS SO ORDERED.**

Dated:  8/17/2018

PHILIP S. GUTIERREZ
_____
The Honorable Philip S. Gutierrez